IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MOMOLU SIRLEAF,

    Plaintiff,

v.                                          Civil Action No. **3:15CV339**

DAVID ROBINSON, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On July 8, 2015, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on September 11, 2015, the Court directed Plaintiff to pay an initial partial filing fee of $5.70 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                             M. Hannah Lauck
                                                             United States District Judge

Date: NOV 04 2015
Richmond, Virginia